UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 5:21-01618 JGB (ADS)　　　　　　　　　　Date: February 7, 2022

Title: *Brian J. Neumann v. Connie Gipson, Director, et al.*

---

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Petitioner(s): | Attorney(s) Present for Respondent(s): |
|---|---|
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

　　Before the Court is Petitioner Brian Neumann's Petition for Writ of Habeas Corpus by a Person in State Custody. (Dkt. No. 1.) On December 20, 2021, the Court issued an Order Regarding Screening of Petition because the Petition appears to be facially untimely. (Dkt. No. 4.) Petitioner was required to file a response to the Court by January 20, 2022 to explain why the claim is timely. (Id., p. 4.) Petitioner has not filed a response or otherwise communicated with the Court as of the date of this Order.

　　**By no later than February 22, 2022,** Petitioner is **ORDERED TO SHOW CAUSE** in writing why this action should not be dismissed for failure to prosecute and follow court orders. Petitioner may respond to this Order by filing a response to the December 20, 2021 Order. (Id.)

　　If Petitioner no longer wishes to pursue his claims, he may request a voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a). The Clerk of Court is directed to attach a Notice of Dismissal Form (CV-009) to this Order for Petitioner's convenience.

　　**Petitioner is hereby cautioned that failing to comply with this Order will result in the recommendation that this action be dismissed for failure to prosecute or to obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).**

　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　　　Initials of Clerk kh