UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN J. NEUMANN,<br><br>　　　　　　　　Petitioner,<br><br>　　　　　v.<br><br>CONNIE GIPSON et al., DIRECTOR,<br><br>　　　　　　　　Respondent. | Case No. 5:21-01618 JGB (ADS)<br><br>ORDER ACCEPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus (Dkt. No. 1), Petitioner's Response to the Court's Order to Show Cause (Dkt. No. 6), the Report and Recommendation of the United States Magistrate Judge (Dkt. No. 10), and all the records and files herein.  No objections were filed, and the time to do so has passed.  The Court accepts the findings and recommendations of the Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED:

1. The Court approves and accepts the Report and Recommendation of the United States Magistrate Judge (Dkt. No. 10);
2. The Petition is dismissed with prejudice; and
3. Judgment is to be entered accordingly.

DATED: July 6, 2023

THE HONORABLE JESUS G. BERNAL
United States District Judge