JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN J. NEUMANN, | Case No. 5:21-01618 JGB (ADS) |
| Petitioner, | |
| v. | JUDGMENT |
| CONNIE GIPSON et al., DIRECTOR, | |
| Respondent. | |

Pursuant to the Court's Order Accepting United States Magistrate Judge's Report and Recommendation, the Court adjudges the Petition denied with prejudice.

DATED: July 6, 2023

_____
THE HONORABLE JESUS G. BERNAL
United States District Judge